UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF
MASSACHUSETTS

In re:

ROCK SPLITTERS, INC.

        Debtor.

Chapter 11
Case No. 22-40584-EDK

### DEBTOR'S MOTION TO DISMISS CHAPTER 11 CASE

Now comes Rock Splitters, Inc., Debtor in the above proceedings ("Debtor"), and pursuant

to 11 U.S.C. §§ 305(a) and 1112 (b) (1) and Bankruptcy Rule 1017 (a) hereby moves to dismiss

its Chapter 11 case.

Under Bankruptcy Code § 1112(b)(1), a bankruptcy court must dismiss a case "for

cause": "on request of a party in interest, and after notice and a hearing, absent unusual

circumstances specifically identified by the court that establish that the requested …

dismissal is not in the best interests of creditors and the estate, the court shall … dismiss a

case … in the best interests of creditors and the estate, if the movant establishes cause."

In this matter cause exists for dismissal.

The Debtor filed this case on August 10, 2022. The Debtor has operated as a debtor-in-

possession. No examiner has been appointed and no creditors' committee has been appointed.

Tax liabilities to the Internal Revenue Service ("IRS"), Massachusetts Department of

Revenue ("DOR"), and the  Massachusetts Department of Unemployment Assistance

("DUA")were the primary cause of the Debtor's need to file this case. [1]

---

[1] Shortly after filing this case, the Debtor requested that the IRS and DOR agree that the Debtor
be relieved of the requirement that tax claims be paid in accordance with 1129 (a)(9). Neither taxing
authority agreed to the Debtor's request.

The IRS has filed an unsecured priority tax claim in the amount of $548,814.57 and an administrative tax claim in the amount of $66,912.98    The DOR has filed a priority claim in the amount of $21,017.49, a secured claim in the amount of $62,961.08 and a general unsecured claim in the amount of $420.26. The DOR has also filed an administrative tax claim of the DOR filed in the amount of $14,074.01. The Massachusetts Department of Unemployment Assistance also filed a priority tax claim in the amount of $141,276.57.

On January 5, 2023, the Debtor filed it Second Plan of Reorganization ("Plan").

Objections to Confirmation of the Plan have been filed by the DOR and the Subchapter V Trustee ("Trustee").

The substance of the objections by the DOR and the Trustee are that the Plan is not feasible.

The DOR has stated that the treatment of its priority tax claim fails to comply with 11 U.S.C. 1129 (a)(9). [2]

An analysis of the Debtor's monthly operating reports for August 2022 through February 2023 show that the Debtor's cash receipts for the period total $1,404,136 and its cash disbursements total $1,405, 201. See Exhibit 1.

Based on its post-petition operations, the Debtor is unable to present sufficient evidence that its Plan is feasible.

However, the Debtor believes that dismissal of this case and not conversion to Chapter 7 is in the best interests of its creditors and the estate.

If the case is converted to Chapter 7, liquidation of the Debtor's assets would likely yield a net recovery of approximately $271,227. This would only pay priority tax claims

---

[2] While IRS has not filed an objection to confirmation, the Debtor concedes that at the present time it is unable to pay the IRS in accordance with 11 U.S.C. 1129 (a)(9).

approximately 1/3 of the amount owed. [3]

The Debtor is marginally profitable, but the Debtor's cash flow is unpredictable and this presents unique challenges to providing projections in support of a Plan.

If the case is dismissed, the Debtor would then attempt to enter into repayment agreements with the IRS, DOR and DUA. The Debtor believes that it can enter into individual payment agreements with its general unsecured creditors. Only 8 unsecured creditors filed proofs of claim in the aggregate amount of approximately $365,000.

Additionally, estimated unpaid professional fees and expenses are owed to the Debtor's counsel in the amount $11,021.88, the Debtor's accountant in the amount of $4,190.88, and the Subchapter V Trustee in the amount of $12,504. The Debtor believes it will have sufficient funds to pay these or alternatively will be able to enter into payment agreements with each professional.

WHEREFORE, Rock Splitters, Inc., prays that this Court grant the within motion and grant such other relief as is just.

<div style="margin-left:40%">

Rock Splitters, Inc.

by its attorney,

/s/ James L. O'Connor, Jr.

James L. O'Connor, Jr., Esq. BBO No. 563450
Nickless, Phillips and O'Connor
PO Box 2101
780 Main Street, Suite 401
Fitchburg, MA  01420
(978) 342-4590
joconnor@npolegal.com

</div>

---

[3] The Debtor also expects to receive an Employee Retention Tax Credit from the IRS in the approximate amount of $171,440. Assuming application of this amount to the Debtor's IRS debt, there would still be no recovery to unsecured creditors.

CERTIFICATE OF SERVICE

I, James L. O'Connor, do hereby certify that I will serve a copy of the within pleading by electronic notice or first class mail to the parties listed on the attached Service List not noted as having received service via ECF.

Dated:  March 20, 2023
                                                    /S/   James L. O'Connor
                                                    James L. O'Connor

United States Trustee
446 Main Street
Worcester, MA  01608
*VIA ECF*

David A. Mawhinney
Hart Advisory PLLC
PO Box 3289
Framingham, MA 01701
*VIA ECF – Subchapter V Trustee*

Stephen G. Murphy, Esq.
Counsel to the Commissioner
Massachusetts Department of Revenue
Litigation Bureau P.O. Box 9565
100 Cambridge Street, 7th Floor
Boston, MA  02114
*VIA ECF - Counsel to MA DOR*

Raquelle L. Kaye, Esq.
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
*VIA ECF – Counsel to Internal Revenue Service*

David T. Keenan
Quinlan & Sadowski, P.C.
11 Vanderbilt Avenue, Ste 250
Norwood, MA  02062-5056
*VIA ECF – Counsel to Yujuan Yun and Chunqi Li*

Alan Cohen, Esq.
550 Worcester Road
Framingham, MA 01702
*VIA ECF*

Michell E. Starr, Esq.
Mitchell Starr, P.C.
101 Federal Street, Ste 1900
Boston, MA 02110
*VIA ECF – Counsel to Workers Credit Union*

Mary J. Fura
20 Freighthouse Road
Charlton, MA 01507

Workers Credit Union
815 Main Street
Fitchburg, MA 01420

Internal Revenue Service
Special Procedures Staff
PO Box 9112
Boston, MA 02203

Massachusetts Dept. of Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA 02114

Founders Finance, LLC dba Honor Capital
PO Box 829522
Pembroke Pines, FL 33082

Union Insurance Co.
PO Box 910
Westbrook, ME 04098

Nautilus Insurance Group
7233 E Butherus Drive
Scottsdale, AZ 85260

Thrifty Insurance Financial Corp.
PO Box 4313
Woodland Hills, CA 91365

The N.I.C.E. Company
9 Rosenfield Drive
Hopedale, MA 01747

Huhtala Oil & Templeton Garage, Inc.
198 Patriots Road
East Templeton, MA 01438

Geosonics Inc.
359 Northgate Drive
Warrendale, PA 15086

Yujuan Yun and Chunqi Li
16 Willett Street
West Roxbury, MA 02132

Gulf Universal Card Program, Wex Bank
Allied Intersate, LLC
PO Box 19326
Minneapolis, MN 55419

Hershman, Fallstrom & Crowley
225 Park Avenue, Ste 604
Worcester, MA 01609

Tyler Equipment
251 Shaker Road
PO Box 544
East Longmeadow, MA 01028

Benuck & Rainey, Inc.
25 Concord Road
Lee, NH 03861
*Counsel for Bobcat of Connecticut, Inc.*

SNI Companies
PO Box 840912
Dallas, TX 75284

Epiroc USA, LLC
PO Box 200948
Pittsburgh, PA 15251

Evanston Insurance Co
10 Parkway North
Deerfield, IL 60015

Carney Environmental
PO Box 240
South Easton, MA 02375

Geokon
48 Pencer Street
Lebanon, NH 03766

Don Murray
55 Athol Richmond Road
Royalston, MA 01368

Mass Land Development, LLC
22 Plimpton Avenue
Sturbridge, MA 01566

Total Tax Services
1023 West Lacross Avenue
Coeur D Alene, ID 83814

MA DUA
19 Staniford Street
Boston, MA 02114

# EXHIBIT 1

**Fill in this information to identify the case:**

Debtor Name    Rock Splitters, Inc.

United States Bankruptcy Court for the:    Central    District of    Massachusetts

Case number:    22-40584-EDK

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                12/17

Month: August 10-31, 2022                    Date report filed: **09/23/2022**
                                                              MM / DD / YYYY

Line of business: Drilling & Blasting          NAISC code:    333120

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:          Rock Splitters Inc

Original signature of responsible party      Brian Dear

Printed name of responsible party      Brian Dear

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.* | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.* | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name _Rock Splitters Inc_____     Case number _22-40584___

17. Have you paid any bills you owed before you filed bankruptcy?  ☑ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 7,342.39

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 197,116.16

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

- $ 185,639.30

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 11,476.86

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 18,819.25

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**      $ 5,972.21

(Exhibit E)

Debtor Name _Rock Splitters Do_    Case number _22-40584_

| | **4. Money Owed to You** |
|---|---|

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                 $ _125,495.76_

    *(Exhibit F)*

| | **5. Employees** |
|---|---|

26. What was the number of employees when the case was filed?                       _12_

27. What is the number of employees as of the date of this monthly report?          _11_

| | **6. Professional Fees** |
|---|---|

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _28.500_

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _- 0 -_

30. How much have you paid this month in other professional fees?                                    $ _- 0 -_

31. How much have you paid in total other professional fees since filing the case?                   $ _28.500_

| | **7. Projections** |
|---|---|

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | Projected | − | Actual | = | Difference |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ 136,827.10 | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ 126,130.66 | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ 10,696.44 | = | $ _____ |

35. Total projected cash receipts for the next month:                               $ _____

36. Total projected cash disbursements for the next month:                        − $ _____

37. Total projected net cash flow for the next month:                             = $ _____

Debtor Name _Rock Quarres DO_                    Case number _22-40584_

 **8. Additional Information**

If available, check the box to the left and attach copies of the following documents.

☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

**Fill in this information to identify the case:**

Debtor Name: *Rock Splitters, Inc.*

United States Bankruptcy Court for the: *Central* District of *Massachusetts*

Case number: *22-40584-EDK*

☐ Check if this is an amended filing

---

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: *Sept.*

Line of business: *Drilling & Blasting*

Date report filed: *10/25/2022*
MM / DD / YYYY

NAISC code: *333120*

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: *Rock Splitters Inc.*

Original signature of responsible party: *[signature]    10·31·22*

Printed name of responsible party: *Brian Decot*

### ▮ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.* | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.* | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name _Rock Splitters, Inc._    Case number _22-40584-EDK_

17. Have you paid any bills you owed before you filed bankruptcy?    ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $ _19,819.25_

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.    $ _135,610.48_

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.    – $ _147,400.66_

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.    = $ _(11,790.18)_

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ _8,028.07_

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ _8,334.29_

   *(Exhibit E)*

Debtor Name  _Rock Splitters, Inc._    Case number  _22-40584-EDK_

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**    $ _129,805_
     *(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?    _12_
27.  What is the number of employees as of the date of this monthly report?    _10_

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?    $ _0_
29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _0_
30.  How much have you paid this month in other professional fees?    $ _0_
31.  How much have you paid in total other professional fees since filing the case?    $ _25,053_

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $ _____ | − | $ _135,610.48_ | = | $ _____ |
| 33.  **Cash disbursements** | $ _____ | − | $ _147,400.66_ | = | $ _____ |
| 34.  **Net cash flow** | $ _____ | − | $ _(11,790.18)_ | = | $ _____ |

35.  Total projected cash receipts for the next month:    $ _221,000.00_
36.  Total projected cash disbursements for the next month:    − $ _164,274.42_
37.  Total projected net cash flow for the next month:    = $ _56,725.58_

**Fill in this information to identify the case:**

Debtor Name  Rock Splitters, Inc.

United States Bankruptcy Court for the: ___Central___ District of _Massachusetts_ ▾

Case number:  22-40584-EDK

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:  October

Line of business:  Drilling & Blasting

Date report filed:  11/28/2022
MM / DD / YYYY

NAISC code:  333120

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Brain Decot

Original signature of responsible party  _Brent W Decot_

Printed name of responsible party  _Brent W Decot_

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1.  Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2.  Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3.  Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4.  Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5.  Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6.  Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7.  Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8.  Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9.  Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10.  Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11.  Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12.  Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13.  Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14.  Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15.  Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16.  Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name _Rock Splitters, Inc._    Case number _22-40584-EDK_

17. Have you paid any bills you owed before you filed bankruptcy?    ☑ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $ 8,028.07

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 248,889.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ 237,591.32

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    + $ 11,297.68

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ 19,325.75

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 50,066.47

    *(Exhibit E)*

Debtor Name _Rock Splitters, Inc._                    Case number _22- 40584-EDK_

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F.*
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25. **Total receivables**                                                              $ 318,706.67

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                          12
27. What is the number of employees as of the date of this monthly report?             12

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 25,053.00
30. How much have you paid this month in other professional fees?                      $
31. How much have you paid in total other professional fees since filing the case?     $ 25,053.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 221,000.00 | − | $ 248,889.00 | = | $ 77,955.47 |
| 33. **Cash disbursements** | $ 164,274.42 | − | $ 237,591.32 | = | $ -73,316.90 |
| 34. **Net cash flow** | $ 56,725.58 | − | $ 11,297.68 | = | $ 45,427.90 |

35. Total projected cash receipts for the next month:                          $ 174,526.00
36. Total projected cash disbursements for the next month:                   − $ 116,111.76
37. Total projected net cash flow for the next month:                        = $ 58,414.24

**Fill in this information to identify the case:**

Debtor Name  Rock Splitters, Inc.

United States Bankruptcy Court for the: Central District of Massachusetts

Case number: 22-40584-EDK

☐ Check if this is an amended filing

## Official Form 425C

### Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:          November

Line of business:  Drilling & Blasting

Date report filed:  12/15/2022
MM / DD / YYYY

NAISC code:     333120

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:          Brian Decot

Original signature of responsible party

Printed name of responsible party    Bran Decot

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Rock Splitters, Inc.                                    Case number 22-40584-EDK

17. Have you paid any bills you owed before you filed bankruptcy?          ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?          ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.          $ 19,325.75

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.          $ 162,409.35

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.          − $ 173,322.42

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.          + $ -10,913.07

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.          = $ 8,412.68

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**          $ 51,462.05

*(Exhibit E)*

Debtor Name  Rock Splitters, Inc.                              Case number  22-40584-EDK

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*.
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25.  **Total receivables**                                                              $ ___224,240.00___

(Exhibit F)

## 5. Employees

26.  What was the number of employees when the case was filed?                                12

27.  What is the number of employees as of the date of this monthly report?                   15

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?     $ ___0.00___

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ ___25,053.00___

30.  How much have you paid this month in other professional fees?     $ ___0.00___

31.  How much have you paid in total other professional fees since filing the case?     $ ___25,053.00___

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | — | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $ 174,526.00 | — | $ 163,409.35 | = | $ 11,116.65 |
| 33.  **Cash disbursements** | $ 116,111.76 | — | $ 173,322.42 | = | $ -57,210.66 |
| 34.  **Net cash flow** | $ 58,414.24 | — | $ -9,913.07 | = | $ 48,501.17 |

35.  Total projected cash receipts for the next month:                                  $ 279,778.00

36.  Total projected cash disbursements for the next month:                            - $ 116,611.76

37.  Total projected net cash flow for the next month:                                  = $ 163,166.24

Debtor Name  Rock Splitters, Inc.                                    Case number 22-40584-EDK

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

---

**Fill in this information to identify the case:**

Debtor Name  Rock Splitters, Inc.

United States Bankruptcy Court for the: Central District of Massachusetts

Case number:  22-04584-EDK

☐ Check if this is an amended filing

---

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month:  December

Date report filed:  01/14/2023
MM / DD / YYYY

Line of business:  Drilling and Blasting

NAISC code:  333120

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Brian Decot

Original signature of responsible party

Printed name of responsible party

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Rock Splitters, Inc.

Case number  22-04584-EDK

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$  8,412.68

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$  222,733.89

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $  197,370.88

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $  25,363.01

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $  33,775.69

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$  21,250.00

*(Exhibit E)*

Debtor Name  Rock Splitters, Inc.                                    Case number  22-04584-EDK

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                                        $  465,602.50

     *(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?                                    12

27.  What is the number of employees as of the date of this monthly report?                       15

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?       $ _____

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $  25,053.00

30.  How much have you paid this month in other professional fees?                                 $ _____

31.  How much have you paid in total other professional fees since filing the case?               $  25,053.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | — | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $ 279,778.00 | — | $ 222,733.89 | = | $  57,044.11 |
| 33.  **Cash disbursements** | $ 116,611.76 | — | $ 197,370.88 | = | $ -80,759.12 |
| 34.  **Net cash flow** | $ 163,166.24 | — | $  25,363.01 | = | $ -23,715.01 |

35.  Total projected cash receipts for the next month:                                            $ 391,140.00

36.  Total projected cash disbursements for the next month:                                     - $ 168,153.76

37.  Total projected net cash flow for the next month:                                          = $ 222,986.24

Fill in this information to identify the case:

Debtor Name  Rock Splitters, Inc.

United States Bankruptcy Court for the: District of Massachusetts

Case number:  22-04584-EDK

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month:  January                           Date report filed:  02/15/2015
                                                              MM / DD / YYYY

Line of business:  Drilling and Blasting     NAISC code:  333120

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Brian Decot

Original signature of responsible party

Printed name of responsible party  Brian Decot

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.* | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.* | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Rock Splitters, Inc.                                    Case number 22-04584-EDK

17. Have you paid any bills you owed before you filed bankruptcy?     *FiRt DetAiLS*  ☑ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                                                   $ 33,775.69

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                              $ 263,906.54

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.                            – $ 252,204.36

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.  + $ 11,702.18

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.                      = $ 45,477.87

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                              $ 16,497.83

(Exhibit E)

Debtor Name  Rock Splitters, Inc.                                    Case number 22-04584-EDK

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                              $ 439,776.80

*(Exhibit F)*

### 5. Employees

26.  What was the number of employees when the case was filed?                                12

27.  What is the number of employees as of the date of this monthly report?                   15

### 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?        $ _____

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 25,053.00

30.  How much have you paid this month in other professional fees?                              $ 300.00

31.  How much have you paid in total other professional fees since filing the case?             $ 25,353.00

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $ 391,141.00 | − | $ 263,906.54 | = | $ 127,234.46 |
| 33.  **Cash disbursements** | $ 168,153.76 | − | $ 252,204.36 | = | $ -84,050.60 |
| 34.  **Net cash flow** | $ 222,986.24 | − | $ 11,702.18 | = | $ 211,284.06 |

35.  Total projected cash receipts for the next month:                              $ 269,375.00

36.  Total projected cash disbursements for the next month:                       − $ 117,314.25

37.  Total projected net cash flow for the next month:                            = $ 152,060.75

Debtor Name  Rock Splitters, Inc.                                      Case number  22-04584-EDK

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

**Fill in this information to identify the case:**

Debtor Name  Rock Splitters, Inc.

United States Bankruptcy Court for the: District of Massachusetts

Case number:  22-04584-EDK

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                12/17

Month:  February

Date report filed:  03/16/2023
MM / DD / YYYY

Line of business:  Drilling and Blasting

NAISC code:  333120

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Brian Decot

Original signature of responsible party

Printed name of responsible party  Brian Decot

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Rock Splitters, Inc.                                    Case number  22-04584-EDK

| | | | | |
|---|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☑ | ☐ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                                    $  45,477.87

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                                    $  173,470.42

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.                              − $  211,675.48

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.                    + $  -38,205.06
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $  -7,272.81

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                    $  86,138.34

*(Exhibit E)*

Debtor Name  Rock Splitters, Inc.

Case number  22-04584-EDK

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                           $  302,848.38

   *(Exhibit F)*

### 5. Employees

26.  What was the number of employees when the case was filed?                        12

27.  What is the number of employees as of the date of this monthly report?           16

### 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?        $ _____

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____

30.  How much have you paid this month in other professional fees?                                  $ _____

31.  How much have you paid in total other professional fees since filing the case?                 $  25,353.00

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 269,375.00 | − | $ 173,470.42 | = | $ 185,904.58 |
| 33. **Cash disbursements** | $ 117,314.25 | − | $ 211,675.48 | = | $ -94,361.23 |
| 34. **Net cash flow** | $ 152,060.75 | − | $ -38,205.06 | = | $ 113,855.69 |

35.  Total projected cash receipts for the next month:                        $  234,206.81

36.  Total projected cash disbursements for the next month:                  − $  183,271.88

37.  Total projected net cash flow for the next month:                       = $  50,934.93

Debtor Name  Rock Splitters, Inc.

Case number  22-04584-EDK

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.