5/31/2023  GRANTED. THIS CASE IS HEREBY DISMISSED. THE HEARING SET FOR JUNE 22, 2023 IS CANCELED.

Elizabeth D. Katz

UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF
MASSACHUSETTS

| In re:<br><br>ROCK SPLITTERS, INC.<br><br>Debtor. | Chapter 11<br>Case No. 22-40584-EDK |
|---|---|

DEBTOR'S MOTION TO DISMISS CHAPTER 11 CASE

Now comes Rock Splitters, Inc., Debtor in the above proceedings ("Debtor"), and pursuant to 11 U.S.C. §§ 305(a) and 1112 (b) (1) and Bankruptcy Rule 1017 (a) hereby moves to dismiss its Chapter 11 case.

Under Bankruptcy Code § 1112(b)(1), a bankruptcy court must dismiss a case "for cause": "on request of a party in interest, and after notice and a hearing, absent unusual circumstances specifically identified by the court that establish that the requested … dismissal is not in the best interests of creditors and the estate, the court shall … dismiss a case … in the best interests of creditors and the estate, if the movant establishes cause." In this matter cause exists for dismissal.

The Debtor filed this case on August 10, 2022. The Debtor has operated as a debtor-in-possession. No examiner has been appointed and no creditors' committee has been appointed.

Tax liabilities to the Internal Revenue Service ("IRS"), Massachusetts Department of Revenue ("DOR"), and the Massachusetts Department of Unemployment Assistance ("DUA")were the primary cause of the Debtor's need to file this case. [1]

---

[1] Shortly after filing this case, the Debtor requested that the IRS and DOR agree that the Debtor be relieved of the requirement that tax claims be paid in accordance with 1129 (a)(9). Neither taxing authority agreed to the Debtor's request.